UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
TREVOR D'ANDRADE, on behalf of himself and all others similarly situated,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.

        Defendant.
---------------------------------------------------------x

CASE NO: 11-cv-1800(RA)(MHD)

NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, AND PROVIDING FOR NOTICE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Mark Faktor, Declaration of Linda Stetson, and Declaration of Michael D. Palmer and attached materials, Plaintiff Trevor D'Andrade, by his undersigned attorneys will and hereby does move this Court before the Honorable Ronnie Abrams, U.S.D.J., the United States District Court of New York, 40 Foley Square, New York, New York 10007, for an Order granting preliminary approval of a class action settlement, conditionally certifying the settlement class for settlement purposes, and providing for notice.

Dated: New York, New York
       April 5, 2013

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

__/s/ Michael D. Palmer _____
Michael D. Palmer
Matthew D. Kadushin
233 Broadway, 5th Floor
New York, NY 10279
(212) 688-5640
(212) 688-2548 (fax)
*Attorneys for Plaintiff and the proposed settlement class*