UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TREVOR D'ANDRADE, on behalf of
himself and all others similarly situated,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.

        Defendant.
-----------------------------------------------------x

CASE NO: 11-cv-1800(MHD)

NOTICE OF PLAINTIFF'S MOTION
FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Mark Faktor, Declaration of Linda Stetson, Declaration of Jenny Cudworth, and Declaration of Matthew Kadushin and attached materials, Plaintiff Trevor D'Andrade, by his undersigned attorneys will and hereby does move this Court before the Honorable Michael H Dolinger, U.S.M.J., the United States District Court of New York, 500 Pearl Street, New York, New York 10007, for an Order granting final approval of a class action settlement.

Dated: New York, New York
       October 11, 2013

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

  __/s/ Matthew D. Kadushin_____
Matthew D. Kadushin
Maimon Kirschenbaum
Charles Joseph
233 Broadway, 5th Floor
New York, NY 10279
(212) 688-5640
(212) 688-2548 (fax)
*Attorneys for Plaintiff and settlement class*